# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

LAMER

                V.                          **AMENDED JUDGMENT IN A CIVIL CASE**

WOODFORD

                                    **CASE NUMBER:**    05cv1108 BEN(POR)

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THE COURT ADOPT'S REPORT AND RECOMMENDATIONS in full, the petition is denied..............................................................................................................................................................

|  |  |
|---|---|
| December 20, 2006 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | S/J. Hathaway |
|  | (By) Deputy Clerk |
|  | ENTERED ON December 20, 2006 |