1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10   LESLIE A. LAMER,                          Civil No.    05CV1108-BEN (POR)

11                              Petitioner,    **ORDER DENYING CERTIFICATE OF**
                                               **APPEALABILITY**
12                  v.

13   JEANNE WOODFORD, Director,

14                              Respondent.

15          Petitioner Leslie A. Lamer ("Petitioner" or "Lamer") has filed a petition for a writ of habeas

16   corpus under 28 U.S.C. § 2254 ("Petition"), challenging his state court convictions for lewd or

17   lascivious acts involving children under California Penal Code § 288.  The Honorable Magistrate

18   Judge Louisa S. Porter issued a Report and Recommendation ("Report"), recommending the Petition

19   be denied.  In the Report, Judge Porter analyzed Lamar's claims, and determined that the state

20   court's denial of those claims was neither contrary to, nor involve an unreasonable application of,

21   clearly established Supreme Court precedent.  Lamar made no specific or substantive objections to

22   Judge Porter's findings in the Report.  The Court adopted Judge Porter's Report, denying the

23   Petition.  Petitioner now requests a Certificate of Appealability ("COA") of denial of his Petition.

24   Petitioner's request is **DENIED**.

25          In a habeas corpus proceeding, there is no appeal as a matter of right.  A judge may grant a

26   COA "only if the applicant has made a substantial showing of the denial of a constitutional right."

27   28 U.S.C. § 2253(c)(2); Turner v. Calderon, 281 F.3d 851, 864-865 (9th Cir. 2002).  "A substantial

28   showing includes showing that reasonable jurists could debate whether (or, for that matter, agree

                                                                              05cv1108

that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Id. at 865 (internal citation and quotations omitted) (internal alterations omitted). "Thus, where a district court has rejected the constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Id. (internal citations and alterations omitted).

The Court has carefully reviewed the issues Lamer raised in his Petition and determined that the state court's denial of his claims was neither contrary to, nor an unreasonable application of, clearly established federal law. This finding is not debatable among reasonable jurists, and Lamer's claims do not deserve further encouragement. Accordingly, Petitioner's request for COA is **DENIED**.

**SO ORDERED**.

DATED: January 25, 2007

_____
Hon. Roger T. Benitez
United States District Judge